**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

DOUGLAS LONGHINI, Individually, : Case No.: 1:20-cv-24579-CMA
:
    Plaintiff, :
v. :
:
:
B & R SUPERMARKET, INC., a Florida for profit :
Corporation, d/b/a MILAMS MARKET # 2, :
:
    Defendant. :
_____/

## NOTICE OF SETTLEMENT

Plaintiff, DOUGLAS LONGHINI, and the Defendant, B & R SUPERMARKET, INC., d/b/a MILAMS MARKET # 2, (collectively referred to as the 'Parties"), hereby notify the Court that a settlement has been reached, by and between the Parties. The Parties are in the process of preparing and executing settlement documents, and they anticipate filing a Joint Motion for Approval of Consent Decree approving the Parties settlement agreement, or a Joint Stipulation of Dismissal to properly dispose of this action.

I view of the Parties settlement, 30 days is requested to fill all necessary motions or stipulations with the Court, and jurisdiction retained over the Parties settlement agreement for enforcement purposes.

Dated: January 8, 2021                                      Respectfully submitted,

                                                                      By:*/S/ Camilo F. Ortega*
                                                                      Camilo F. Ortega, Esq.,
                                                                      Florida Bar No.: 75387
                                                                      ORTEGA LAW GROUP, P.A.,
                                                                      2440 SE FEDERAL HIGHWAY
                                                                      SUITE M

STUART, FLORIDA 34994
Ph: (786) 452-9709
Fax: (772) 617-6201
E-Mail: camilo@ortegalawgroup.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **January 8, 2021**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Camilo F. Ortega, Esq
Camilo F. Ortega

## SERVICE LIST
**CASE NO.:** 1:20-cv-24579-CMA

| | |
|---|---|
| **Service by CM/ECF** | **Service by CM/ECF** |
| Camilo F. Ortega, Esq., | Tasos C. Paindiris, Esq., |
| ORTEGA LAW GROUP, P.A., | Edwin Cruz, Esq., |
| 2440 SE Federal Highway, Suite M | Jackson Lewis P.C. |
| Stuart, Florida 34994 | 390 N. Orange Avenue |
| Ph: (786) 452-9709 | Suite 1285 |
| Fax: (772) 617-6201 | Orlando, FL 32801 |
| E-Mail: camilo@ortegalawgroup.com | 407-246-8440 |
| Jason F. Valentin, Esq., *Of Counsel* | Fax: 407-246-8441 |
| **Of Counsel Direct Telephone Line** | Email: tasos.paindiris@jacksonlewis.com |
| Ph: (914) 618-2653 | E-mail: Edwin.cruz@jacksonlewis.com |
| E-Mail: jason@ortegalawgroup.com | Counsels for the Defendant |
| Counsel for the Plaintiff | |

2