UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24579-CIV-ALTONAGA/Torres

**DOUG LONGHINI**,

    Plaintiff,

v.

**B & R SUPERMARKET, INC.**,

    Defendant.

_____/

**ORDER**

    **THIS CAUSE** came before the Court on the Joint Motion for Entry of Consent Decree [ECF No. 20], filed on January 20, 2021. Being fully advised, it is

    **ORDERED AND ADJUDGED** that the Motion [ECF No. 20] is **GRANTED**. The Consent Decree (Exhibit A, [ECF No. 20-1]) is **APPROVED** and **ADOPTED**.

    **DONE AND ORDERED** in Miami, Florida, this 21st day of January, 2021.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record